**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| TEREL TIPTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:24-cv-00240-CMS |
| | ) |
| UNKNOWN PRATHER, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

This matter is before the Court for review of Plaintiff's Motion for Appointment of Counsel and Affidavit in Support. (Doc. 16). Civil litigants do not have a "constitutional or statutory right to appointed counsel." *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013) (per curiam) (citation omitted); *see also Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998) ("A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." (citation omitted)). Rather, a district court may appoint counsel "if convinced that an indigent plaintiff has stated a non-frivolous claim," *Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018) (citation omitted), "and where 'the nature of the litigation is such that plaintiff as well as the court will benefit from the assistance of counsel.'" *Id.* (quoting *Johnson v. Williams*, 788 F.2d 1319, 1322 (8th Cir. 1986)).

At present, there is no indication that the appointment of counsel is warranted, so the Court will deny the motion. However, recognizing that circumstances may change, the Court will deny the motion without prejudice, and will entertain future such motions as appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel (ECF No. 16) is **DENIED** without prejudice.

Dated this 16th day of September, 2025.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE