U.S. District Court
EASTERN DISTRICT of Missouri

Terel Tipton
v
Prather et al

Case No. 1:24-cv-00240-CMS

Judge Cristian M. Stevens

Attn. Clerk Plaintiff in this case address has been changed. I am no longer at Southeast Correctional Center, I am currently at Moberly Correctional Center 5201 South Morley, Moberly, MO 65270. Please Foward Correspondence to my new address.

Jerel Tipton
#1294527
1/8/26