U.S DISTRICT COURT
Eastern District of Missouri (Cape Giradeau)
Case # 1:24-CV-00240-CMS
Tipton v. Prather et al

Motion For Appointment of Counsel

I need help getting my medical records from Centurion. Ive tried to use the procedure/protocol by submitting a Health Services Request requesting Release of Information + Centurion Healthcare sent me ~~Exibit 1~~ Attatchment 1. without ever calling me to the Medical Unit to clarify my request. I just learned today from my case manager after requesting a IRR, that the person who processes Grievances for Medical hasnt been processing complaints + was just putting them in a desk drawer, so they are so backed up it will take longer than the time frame per policy to get my issue considered. Im also prohibited to review or recieve my mental health records while incarcerated per policy. Ive tried to request a Qualified Legal Claim Form From 3-House Functional Unit Manager + CCM Adkison and they refused me. Missouri Dept of Corrections has been put on notice im proceeding Pro se, in this case specifically the litigations coordinator so I believe this interference is deliberate + intentional

(Attatchment 2)

2-2-26, Terel Tipton, Moberly Correctional Center, 5201 S. Morley St. Moberly, MO 65270

# Centurion Healthcare Records Access and Information Guide for Incarcerated Individuals

## Purpose

This document provides guidance on how to access your medical, mental health, and dental records while being incarcerated, and how to authorize a loved one to communicate with healthcare staff on your behalf.

## 1. Authorizing a Loved One to Receive Medical, Mental Health, or Dental Information

If you wish to allow a family member (spouse, child, parent, etc.) to speak with healthcare staff about your care:

- Submit a Health Services Request form requesting Release of Information (ROI).
- Once signed, the ROI is valid for one year and remains active if you are transferred to another facility.
- It is recommended that you authorize only one person to communicate with medical, mental health, or dental staff.
- After the ROI is completed, your authorized individual may call and speak with:
    - Health Services Administrator
    - Director of Nursing
    - Chief of Mental Health
    - Centurion Connect Call Line

## 2. Requesting Copies of Your Medical Records

To request a copy of your personal medical records:

1. Submit a Health Services Request form stating you wish to obtain a copy of your medical records.
2. A staff member from Medical Records will:
    - Call you to the medical unit to clarify your request.
    - Ask you to sign a Release of Information (ROI).
    - Provide you with the total cost:
        - $15.00 processing fee
        - $0.35 per page

Medical  Attachment 2  SF 2-2-26



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY**
☐ **EMERGENCY COMPLAINT**
CATEGORY: _____ DATE RECEIVED: _____
COMPLAINT NUMBER: _____

## OFFENDER SECTION - MUST COMPLETE WITH BLACK INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT |
|---|---|---|
| Tipton, Teral | 1294527 | 3A - 695 |

**STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.**

I recieved a Centurion Healthcare Records Access + Information Guide for Incarcerated Individuals 11-14-25, after I turned in a HSR requesting Release of information per protocol. I have not been put on a callout or met with Medical to request the specific Records I need for litigation purposes to comply with Court order.

**ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.**

Exhaust Remedies

OFFENDER SIGNATURE: Teral Tipton    DOC I.D.: 1294527   DATE: 2-2-26

### INSTITUTION STAFF MEMBER USE ONLY

**DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.**

☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN    ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

### STAFF FINDINGS - RESPONSE

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

| REVIEWER SIGNATURE | I.D NUMBER | DATE | | | |
|---|---|---|---|---|---|
| | | | RESULTS: ☐ SATISFACTORY ☐ UNSATISFACTORY | | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3376 (5-25)    DISTRIBUTON: COPY - OFFENDER;    COPY - IRR FILE